CHARLES W. JOHNSON, an Infant, by GUSTAV JOHNSON, His Guardian ad Litem, Appellant, *v.* THE SCHAEFER COMPANY, Respondent.

GUSTAV JOHNSON, Appellant, *v.* THE SCHAEFER COMPANY, Respondent.

(Submitted October 6, 1930; decided October 14, 1930.)

*H. H. Brown* and *E. C. Sherwood* for motions.
No one opposed.

Motions granted and appeals dismissed, with costs and ten dollars costs of motions.